**Order entered February 15, 2023**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-22-00834-CV

**VANESSA TREVISO, Appellant**

**V.**

**DISCOVER BANK, Appellee**

**On Appeal from the 134th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-20-17584**

## ORDER

Before the Court is appellant's February 10, 2023 motion requesting a "60-90 day extension of time" to file her opening brief. We **GRANT** the motion **only to the extent** that we extend the deadline to **March 27, 2023**.

/s/    ROBERT D. BURNS, III
CHIEF JUSTICE